1  Robert F. Brennan, Esq. [S.B. #132449]
   **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**                    JS-6
2  2103 Montrose Ave., Suite D
   Montrose, Ca. 91020
3
   [818] 249-5291
4  FAX [818] 249-4329
   Email: rbrennan@brennanlaw.com
5
   Attorney for Plaintiff Brett Chapman
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 BRETT CHAPMAN, an individual.      )  Case No.: 2:20-cv-11567 RSWL (PVCx)
                                      )
12                                    )  Hon. Ronald S.W. Lew
        Plaintiff,                    )
13                                    )
        vs.                           )
14                                    )
   TRANSUNION, LLC, is a business     )  [~~PROPOSED~~] ORDER OF
15 entity, form unknown; EXPERIAN     )  DISMISSAL WITH PREJUDICE OF
   INFORMATION SOLUTIONS INC, is      )  DEFENDANT EXPERIAN
16 a business entity, form unknown;   )  INFORMATION SOLUTIONS INC.
   DISCOVER BANK, is a business entity;)
17 form unknown; and DOES 1-10,       )
   Inclusive,                         )
18                                    )
        Defendants.                   )
19                                    )

20

21      Plaintiff Brett Chapman and Defendant Experian Information Solutions Inc.

22 ["Experian"] have announced to the Court that all matters in controversy between

23 them have been resolved.

24      A Stipulation of Dismissal with Prejudice has been signed and filed with the

25 Court.   Having considered the Stipulation of Dismissal with Prejudice, the Court

26 makes and delivers the following ruling:

27 / / /

28 / / /

---

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Brett Chapman against Defendant Experian are in all respects dismissed
3  with prejudice.
4  DATED this 18th day of February 2022.

5
6                       */S/ RONALD S.W. LEW*
7                       RONALD S.W. LEW
8                       UNITED STATES DISTRICT JUDGE

[Proposed] ORDER re: Stipulation of Dismissal with Prejudice of Experian